AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DEVONTE GREEN,

    Petitioner,

JUDGMENT IN A CIVIL CASE

    v.

CASE NUMBER: CV420-074
CR417-093

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated April 11, 2022, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Accordingly, the Government's Motion to Dismiss is granted, and Petitioner's § 2255 motion is dismissed. The Court declines to issue a Certificate of Appealability. This case stands closed.



| April 11, 2022 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *Candy Cobell* (signature) |
| | (By) Deputy Clerk |